**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ANATOLY NOSKOV, An Individual, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 7:19-CV-07431 (RA) |
| v. | ) ) ) | |
| JOHN ROTH, An Individual, ROTH IMMIGRATION LAW FIRM, PLLC, A New York Prof. Service LLC, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE**, that pursuant to Rule 12(b)(6) of the Federal Rules of

Civil Procedure, and the accompanying Affidavit of John Roth and the Memorandum of Law in

Support of Motion to Dismiss, defendants hereby move this Court, before the Honorable Ronnie

Abrams, at the United States Courthouse for the Southern District of New York, 40 Foley Square,

Courtroom 1506, New York, New York 10007, for an Order dismissing the Complaint with

prejudice and granting such further relief as may be just.

Dated: New York, New York
       December 5, 2019

                                        **WARNER & SCHEUERMAN**
                                        Attorneys for Defendants
                                        John Roth and
                                        Roth Immigration Law Firm, PLLC

                    By:    _Jonathon D. Wa_____
                                        Jonathon D. Warner (5195)
                                        6 West 18th Street, 10th Floor
                                        New York, New York 10011
                                        (212) 924-7111

To:     BARR LAW GROUP
        Attorneys for Plaintiff
        125 Mountain Road
        Stowe, Vermont 05672
        (802( 253-6272