USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/6/2019

WARNER & SCHEUERMAN
6 WEST 18TH STREET
10TH FLOOR
NEW YORK, NEW YORK 10011
(212) 924-7111
FAX (212) 924-6111

JONATHON D. WARNER
JDWARNER@WSLAW.NYC

KARL E. SCHEUERMAN
KESCHEUERMAN@WSLAW.NYC

December 6, 2019

**BY ECF**

Hon. Ronnie Abrams
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Noskov v. Roth et al.*
Case No.: 1:19-CV-07431(RA)

**MEMO ENDORSED**

Dear Judge Abrams:

We represent the defendants in the above-referenced matter and write to request an extension of the parties' time to file a Joint Proposed Case Management Plan And Scheduling Order due on December 6, 2019, and an adjournment of the Initial Status Conference scheduled for December 12, 2019, at 3:00 P.M.. This is our first request for an extension and adjournment, and plaintiff's counsel consents and joins in our request.

We request an extension of the parties' time to file a Joint Proposed Case Management Plan And Scheduling Order and an adjournment of the Initial Status Conference because defendants have moved to dismiss the complaint in its entirety. Defendants' motion to dismiss was timely filed on December 5, 2019. We respectfully request that the time to file a Joint Proposed Case Management Plan And Scheduling Order and that the Initial Status Conference be adjourned pending the hearing and determination of defendants' motion to dismiss.

We thank the Court for its courtesies and cooperation.

Respectfully yours,

Jonathon D. Warner
(JDW 4195)

JDW/ks

cc: Russell D. Barr, Esq. (by ECF and email)

Application granted. The initial status conference scheduled for December 12, 2019 is adjourned *sine die*.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 6, 2019