| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 8-27-20 |

ANATOLY NOSKOV,

                        Plaintiff,

           v.

JOHN ROTH, *et al.*,

                        Defendants.

19-CV-7431 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 17, 2020 this Court issued an opinion granting Defendant's motion to dismiss. Dkt. 37. The Court granted Plaintiff leave to amend his complaint no later than August 17, 2020. Plaintiff failed to do so. Accordingly, the Clerk of Court is directed to close this case.

SO ORDERED.

Dated:    August 27, 2020
             New York, New York

                                                    RONNIE ABRAMS
                                                    United States District Judge